UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSAY COOPER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MCKESSON CORPORATION; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER PHARMACEUTICALS CORPORATION; BAYER HEALTHCARE PHARMACEUTICALS INC., BERLEX LABORATORIES, INC., BERLEX, INC.; BAYER SCHERING PHARMA AG; BAYER AG; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 10-1184 SBA<br><br>Assigned to: Hon. Saundra Brown Armstrong<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF TO STAY ACTION PENDING TRANSFER TO MULTIDISTRICT PROCEEDINGS** |

[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF TO STAY ACTION
PENDING TRANSFER TO MULTIDISTRICT PROCEEDINGS -- CASE NO. CV 10-1184 SBA

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111

1       The Court, having fully considered the papers jointly submitted by the parties in connection with the Joint Motion for Administrative Relief To Stay Action Pending Transfer to Multidistrict Proceedings, and good cause appearing, HEREBY ORDERS that the above-captioned case is STAYED pending transfer to MDL-2100.

      IT IS SO ORDERED.

Dated: 4/2/10

*/s/ Saundra B. Armstrong*
HON. SAUNDRA BROWN ARMSTRONG
United States District Court Judge

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111

- 2 -
[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF TO STAY ACTION PENDING TRANSFER TO MULTIDISTRICT PROCEEDINGS -- CASE NO. CV 10-1184 SBA